UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 31298
    ELAINE J MARSHALL
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK
         Debtor
    SSN XXX-XX-6289
```

---
TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/09/05 and confirmed on 10/12/05.

2. The case was dismissed after confirmation, 11/02/2007.

3. The Debtor paid a total of $ 31732.44 .

4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIMORTGAGE | CURRENT MORTG | 26133.44 | .00 | 26133.44 |
| CITIMORTGAGE | MORTGAGE ARRE | 7202.34 | .00 | .00 |
| COURT HOMES OF INDIAN OA | SECURED | 417.95 | .00 | .00 |
| PATELS PLUMBING & SEWER | SECURED | 428.00 | .00 | .00 |
| WINDOWS DOORS & MORE | SECURED | 440.00 | .00 | .00 |
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | 7225.00 | 1031.56 | 2100.27 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| SMC | UNSECURED | 935.66 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 940.77 | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 100.00 | .00 | .00 |
| OSI COLLECTION SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 506.38 | .00 | .00 |
| T MOBILE | UNSECURED | 121.33 | .00 | .00 |
| WELLS FARGO FINANCIAL AC | UNSECURED | 1996.38 | .00 | .00 |

Summary of disbursements:

---

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 41846.73 | .00 | 4600.52 | .00 | 46447.25 |
| PRINCIPAL PAID | 28233.71 | .00 | .00 | .00 | 28233.71 |
| INTEREST PAID | 1031.56 | .00 | .00 | .00 | 1031.56 |
| TOTAL PAID | 29265.27 | .00 | .00 | .00 | 29265.27 |

The Debtor's attorney, TIMOTHY K LIOU                    , was allowed $   2700.00 and was paid $   1486.80   direct and $   1213.20   through the plan.

The Trustee received $   1253.97 .

Refunds to the Debtor totaled $          .00 .

Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/08/08

/S/
GLENN STEARNS
CHAPTER 13 TRUSTEE